RECEIVED BY MAIL
FEB 07 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
FEB 8 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court for the Eastern District of Missouri

PRO BONO NEUTRAL'S REQUEST FOR REIMBURSEMENT OF SERVICES

| | |
|---|---|
| Assigned Judge: Henry E. Autrey | Case Number: 4:10-CV-00090 |
| Case Title: Murphy v. St. Louis University | |
| Date Appointed: | Date Referral Concluded: 1/28/2011 |
| Neutral fee has been waived/reduced as to: ☒ plaintiff ☐ defendant ☐ third-party defendant (circle one) | |
| Name of party: Lynette Murphy | |

| | |
|---|---|
| Neutral's Name: Michael Calvin | Make check payable to: ☐ Neutral ☒ Firm |
| Firm or Business Name: U.S. Arbitration & Mediation Midwest Inc | |
| Street Address: 720 Olive St. | Suite Number: 2300 |
| City: St. Louis | State: MO | Zip: 63101 | Phone: 314-231-4642 |

### CLAIM FOR SERVICES

*Please note: Claim only the pro rata share of hours for which the Court has waived or reduced a party's responsibility for your fee. Please attach your complete billing statement to this request. If applicable, subtract from total the reduced portion of your fee that has or will be paid by the party.*

Rate Per Hour ($325) x (4.125) Hours Claimed = Total (less reduced fee if applicable): $1340.63

**COMPENSATION IS LIMITED TO A TOTAL OF $750.00 PER REFERRAL.**

Amount Claimed: $750.00

I certify that the services performed, a copy of my billing statement is attached hereto, were reasonable and necessary. Also, I have not or will not charge or accept in connection with this case a fee or thing of value from any source other than a party or the Court.

Neutral's Signature: [signed]     Date: 2/4/11

### APPROVED FOR PAYMENT - COURT USE ONLY

IT IS HEREBY ORDERED that payment from the Fund be made in the amount of $750.00

Signature of the Presiding Judicial Officer: [signed]     Date: 2-8-11

#35



**Invoice**

Suite 2300
720 Olive
St Louis, Missouri 63101
Tel. 314.231.4642
800.844.4237
Fax 314.231.0137

Bill To

USAM - HOUSE

RECEIVED BY MAIL
FEB 07 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

1/31/2011

| Invoice # | Hearing Date | Mediator | Payment Terms |
|---|---|---|---|
| 208022p | 1/28/2011 | MC | Due on receipt |

| Description | Your Amount |
|---|---|
| MURPHY V ST. LOUIS UNIVERSITY | |
| Administrative Fee ($225 per Party) | 225.00 |
| Mediator Fee: Includes review of documents, preparation and mediation. 8.25 Hours @ $325.00 = $2,681.25 | 1,340.63 |
| Lunch $46.54 | 0.00 |

Make Checks Payable To:
United States Arbitration & Mediation Midwest, Inc.
FED ID #43-1370188

**Your Portion of Costs** $1,565.63

**Payments/Credits** $0.00

**Your Balance Due** $1,565.63




US POSTAGE
045J83064105
$0.440
02/04/2011
neopost
Mailed From 63101

**RECEIVED BY MAIL**
FEB 07 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

USA&M
United States Arbitration & Mediation
Midwest, Incorporated

Suite 2300
720 Olive Street
St. Louis, Missouri 63101

Clerk
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis, MO 63101

63102+1125