UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LYNETTE MURPHY,               )
                             )
        Plaintiff,            )
                             )
    vs.                       )        Case No. 4:10CV90  HEA
                             )
SAINT LOUIS UNIVERSITY,       )
                             )
        Defendant.            )

## ORDER RELATING TO TRIAL

This action is set for a **JURY** trial on **March 26, 2012**, at **9:30 a.m.**  This is a **one** week

docket.

Pursuant to Local Rule 8.04 the court may tax against one or all parties the per diem, mileage,

and other expenses of providing a jury for the parties, when the case is terminated or settled by the

parties at a time too late to cancel the jury attendance or to use the summoned jurors in another trial,

unless good cause for the delayed termination or settlement is shown.

**In this case, unless otherwise ordered by the Court, the parties shall, not less than ten**

**(10) days prior to the date set for trial:**

1.     **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of

all uncontested facts, which may be read into evidence subject to any objections of any party set forth

in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2.     **Witnesses:**

(a)     Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses,

identifying those witnesses who will be called to testify and those who may be called.

(b)     Except for good cause shown, no party will be permitted to call any witnesses

not listed in compliance with this Order.

     **3.**     **<u>Exhibits</u>:**

     (a)     Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced.  The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

     (b)     Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11) or 902(12), to opposing counsel for examination.  Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

     (c)     Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order.  Any objections not made in writing at least five (5) days prior to trial may be considered waived.

     **4.**     **<u>Depositions, Interrogatory Answers, and Request for Admissions</u>:**

     (a)     Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence.  At least five (5) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any

additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b)     Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order.  Any objections not made as above required may be considered waived.

**5.**     **<u>Instructions</u>:** Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions at least five (5) days before trial in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.)  The parties shall prepare a disk with their instructions and shall have the disk available for any modifications of instructions.

**6.**     **<u>Trial Brief</u>:** Submit to the Court and opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

**7.**     **<u>Motions In Limine</u>:** File all motions in limine to exclude evidence at least five (5) days before trial.

**IT IS FURTHER ORDERED** that should the Court find necessary a pre-trial conference, one will be set nearer the trial date for a date during the week preceeding the trial setting.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 29th day of July, 2011.

_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE