UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNETTE MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CV0090 HEA |
| ) | |
| SAINT LOUIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order dated this same date

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Saint Louis University against Plaintiff Lynette Murphy.

Dated this 4th day of August, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE